1018 516 U. S.

No. 95–6952 (A–478). WHITE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 94–1419. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY v. BARTHOLOMEW, ante, p. 1;

No. 94–9214. WEATHERFORD v. LECUREUX, WARDEN, ET AL., ante, p. 827;

No. 94–9305. JEFFRIES v. METRO-MARK, INC., ante, p. 830;

No. 94–9339. HEATHERLY v. WITKOWSKI, WARDEN, ET AL., ante, p. 831;

No. 94–9372. BENALLY v. UNITED STATES, ante, p. 826;

No. 94–9429. PERKOVIC ET AL. v. WEST PENN ABSTRACT CO. ET AL., ante, p. 835;

No. 94–9478. RAMPERSAD v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ante, p. 837;

No. 94–9514. TINSLEY v. UNITED STATES, ante, p. 839;

No. 94–9529. PERTSONI v. VASQUEZ, WARDEN, ante, p. 840;

No. 94–9607. CONLEE v. UNITED STATES, ante, p. 845;

No. 94–9696. FAIN v. BORG, WARDEN, ET AL., ante, p. 850;

No. 94–9749. IN RE VINCENT, ante, p. 805;

No. 94–9761. MACRI v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL., ante, p. 854;

No. 95–275. COEUR D'ALENE TRIBE v. IDAHO, ante, p. 916;

No. 95–305. PLAISANCE v. TRAVELERS INSURANCE CO. ET AL., ante, p. 931;

No. 95–307. DORMAN ET UX. v. JONES ET AL., ante, p. 931;

No. 95–308. PALM BEACH COUNTY ET AL. v. WEST PENINSULAR TITLE CO. ET AL., ante, p. 932;

No. 95–5092. MALDONADO v. UNITED STATES, ante, p. 876;

No. 95–5294. McCULLOUGH v. BURNETT, CIRCUIT JUDGE, CRAIGHEAD COUNTY, ARKANSAS, ante, p. 887;

No. 95–5509. WASHINGTON v. ALABAMA, ante, p. 899;

No. 95–5587. STOW v. MARSHALL, SUPERINTENDENT, NORTH CENTRAL CORRECTIONAL INSTITUTION, ET AL., ante, p. 933;

No. 95–5590. KITSOS v. REVIEW BOARD OF THE ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, ante, p. 921;

No. 95–5593.  MURDOCK *v.* UNITED STATES, *ante*, p. 901;
No. 95–5656.  SWEENEY *v.* UNITED STATES, *ante*, p. 934;
No. 95–5659.  KNIGHT *v.* INTERMARINE, U. S. A., *ante*, p. 934;
No. 95–5675.  IN RE HEMMERLE, *ante*, p. 929;
No. 95–5678.  DEDES *v.* PAGE ET AL., *ante*, p. 934;
No. 95–5772.  CHIA *v.* UNITED STATES ET AL., *ante*, p. 935;
No. 95–5833.  IN RE SMITH, *ante*, p. 942;
No. 95–5984.  IN RE FRANKLIN, *ante*, p. 929;
No. 95–6038.  IN RE ULLRICH, *ante*, p. 929;
No. 95–6039.  IN RE WALKER, *ante*, p. 929;
No. 95–6040.  IN RE WOHLGEMUTH, *ante*, p. 929;
No. 95–6046.  IN RE JEROLD, *ante*, p. 929;
No. 95–6047.  IN RE KIRK, *ante*, p. 929;
No. 95–6052.  IN RE RENDERMAN, *ante*, p. 929;
No. 95–6053.  IN RE SANDLIN, *ante*, p. 929;
No. 95–6054.  IN RE SEAMAN, *ante*, p. 929;
No. 95–6055.  IN RE PARKER, *ante*, p. 929;
No. 95–6056.  IN RE PAYNE, *ante*, p. 929;
No. 95–6057.  IN RE SIERRA, *ante*, p. 929;
No. 95–6060.  IN RE GOLINI, *ante*, p. 929;
No. 95–6061.  IN RE GAUTHIER, *ante*, p. 929;
No. 95–6062.  IN RE GARRETT, *ante*, p. 929;
No. 95–6063.  IN RE HARPSTER, *ante*, p. 929;
No. 95–6065.  IN RE DUTCHER, *ante*, p. 929;
No. 95–6203.  IN RE BONTY, *ante*, p. 941;
No. 95–6223.  IN RE CAVAN, *ante*, p. 941;
No. 95–6230.  IN RE RODRIGUEZ, *ante*, p. 941;
No. 95–6235.  IN RE MONCRIEF, *ante*, p. 941;
No. 95–6244.  IN RE HARRIS, *ante*, p. 941;
No. 95–6245.  IN RE GRASMICK, *ante*, p. 941;
No. 95–6258.  IN RE WESLEY, *ante*, p. 942;
No. 95–6300.  IN RE WHEELER, *ante*, p. 942; and
No. 95–6303.  IN RE SHEPHERD, *ante*, p. 942.  Petitions for rehearing denied.

No. 95–51.  DILLON *v.* TENNESSEE, *ante*, p. 863;
No. 95–149.  PIPKINS *v.* NEVADA STATE BAR, *ante*, p. 867;
No. 95–212.  FRED *v.* WACKENHUT CORP. ET AL., *ante*, p. 870; and